## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THEODORE HANSEN, et al.,                    *

          Plaintiffs,                    *

v.                                          *        Case No.  AMD 05 CV 1248

CORESTAR FINANCIAL GROUP, LLC,*
and TOMAS GORDON,
                                            *

          Defendants.
                                            *

*      *      *      *      *      *      *      *      *      *      *      *      *

## STIPULATION FOR EXTENSION OF TIME

The parties, by their undersigned counsel, hereby stipulate and agree that the time for Defendants Corestar Financial Group, LLC and Tomas Gordon to respond to Plaintiffs' Motion for Conditional Certification under 29 U.S.C. § 216(b) (class action) and that the time for Plaintiffs' initial disclosure of experts be extended through and including August 18, 2005.  All subsequent expert disclosures shall be extended by this same amount of time.

_____/s/_____
Paul Mark Sandler, Fed. Bar No. 00145

_____/s/_____
Eric R. Harlan, Fed. Bar No. 23492
SHAPIRO, SHER, GUINOT & SANDLER
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 385-0202
Attorneys for Corestar Financial Group, et al.

-2-

_____/s/_____

E. Patrick McDermott
Law Office of E. Patrick McDermott LLC
2666 Ogleton Road
Annapolis, Maryland  21403


_____/s/_____

William B. Bergen, Jr.
Law Office of William Bergen LLC
607 Dreams Landing Way
Annapolis, Maryland  21401

Attorneys for Plaintiffs


SO ORDERED, this __1st___ day of ___August___, 2005.


_____/s/_____

Andre M. Davis
UNITED STATES JUDGE