IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THEODORE HANSEN, et. al. | * |
| Plaintiffs | * |
| v. | *  CIVIL ACTION NO. AMD-05-1248 |
| CORESTAR FINANCIAL GROUP, LLC, et. al. | * |
| | * |
| Defendants | |

\*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION FOR EXTENSION OF TIME

The parties, by their undersigned counsel, hereby stipulate and agree that the time for Plaintiffs Theodore Hansen, et. al. to reply to Defendants' Response to Plaintiffs' Motion For Partial Summary Judgment On Loan Officer Status Under The FLSA be extended through and including November 11, 2005.

        /s/
Paul Mark Sandler, Fed. Bar No. 00145
        /s/
Eric R. Harlan, Fed. Bar No. 23492
SHAPIRO, SHER, GUINOT & SANDLER
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 385-0202
Attorneys for Corestar Financial Group, et al.

                                          _____s/s_____
E. Patrick McDermott
Law Office of E. Patrick McDermott LLC
2666 Ogleton Road
Annapolis, Maryland 21403

ORDERED, this_____ day of _____ , 2005.

_____
Andre M. Davis
UNITED STATES
JUDGE