# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THEODORE HANSEN, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No.  AMD 05 CV 1248 |
| CORESTAR FINANCIAL GROUP, LLC, and TOMAS GORDON, | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to dismiss the above-captioned action with prejudice.

Respectfully submitted,

/s/
E. Patrick McDermott
Law Office of E. Patrick McDermott LLC
2666 Ogleton Road
Annapolis, Maryland 21403
(410) 990- 0792

/s/
William B. Bergen, Jr.
Law Office of William Bergen LLC
607 Dreams Landing Way
Annapolis, MD  21401
(410) 841-2586
*Counsel for Plaintiffs*

/s/
Paul Mark Sandler
Eric R. Harlan
SHAPIRO, SHER, GUINOT & SANDLER
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 385-0202

*Counsel for Defendants*